**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| SHEREEF KAMEL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:25-cv-221-JDK-KNM |
| | § | |
| PROSPER-PARKSIDE | § | |
| HOMEOWNERS ASSOCIATION | § | |
| INC., et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

Before the Court is Defendant Priceless Water Well Service, LLC's motion to dismiss under Rule 12(b)(1) and Rule 12(b)(6). Docket No. 16. This case was referred to United States Magistrate Judge K. Nicole Mitchell in accordance with 28 U.S.C. § 636.

On February 11, 2026, Judge Mitchell issued a Report and Recommendation concluding that the Court lacks subject matter jurisdiction over Plaintiff's claims against Defendant Priceless Water Well Service, LLC. Docket No. 99. Judge Mitchell therefore recommended that the motion to dismiss be granted pursuant to Rule 12(b)(1) and that Plaintiff's claims against Defendant Priceless Water Well Service, LLC be dismissed without prejudice. *Id.* Concluding that the Court lacked subject matter jurisdiction, the Report did not reach Defendant's arguments for dismissal under Rule 12(b)(6). No written objections have been filed, and the time for filing objections has passed.

1

This Court reviews the findings and conclusions of the Magistrate Judge de novo only if a party objects within fourteen days of service of the Report and Recommendation. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court examines the entire record and makes an independent assessment under the law. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded on other grounds by statute*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).

Here, no objections were filed. The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews her legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the Magistrate Judge's Report and Recommendation, the Court finds no clear error or abuse of discretion and no conclusions contrary to law. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Docket No. 99) as the opinion of this Court. Defendant's motion to dismiss under Rule 12(b)(1) (Docket No. 16) is **GRANTED**, and Plaintiff's claims against Defendant Priceless Water Well Service, LLC are **DISMISSED** without prejudice.

So **ORDERED** and **SIGNED** this **27th** day of **February, 2026.**

_____

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE