**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| SHEREEF KAMEL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:25-cv-221-JDK-KNM |
| | § | |
| PROSPER-PARKSIDE | § | |
| HOMEOWNERS ASSOCIATION | § | |
| INC., et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

Before the Court are Defendants Shelly Mathews and Amy Klindt's motions to dismiss under Rule 12(b)(6).  Docket Nos. 84; 86.  This case was referred to United States Magistrate Judge K. Nicole Mitchell in accordance with 28 U.S.C. § 636.

On February 11, 2026, Judge Mitchell issued a Report and Recommendation recommending that the motions to dismiss be granted and that Plaintiff's claims against Defendants Shelly Mathews and Amy Klindt be dismissed with prejudice. Docket No. 100.  No written objections have been filed, and the time for filing objections has passed.

This Court reviews the findings and conclusions of the Magistrate Judge de novo only if a party objects within fourteen days of service of the Report and Recommendation.  28 U.S.C. § 636(b)(1).  In conducting a de novo review, the Court examines the entire record and makes an independent assessment under the law. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc),

1

*superseded on other grounds by statute*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).

Here, no objections were filed. The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews her legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the Magistrate Judge's Report and Recommendations, the Court finds no clear error or abuse of discretion and no conclusions contrary to law. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Docket No. 100) as the opinion of this Court. Defendants' motions to dismiss (Docket Nos. 84; 86) are **GRANTED**, and Plaintiff's claims against Defendants Shelly Mathews and Amy Klindt are **DISMISSED** with prejudice.

So **ORDERED** and **SIGNED** this **27th** day of **February, 2026.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE